NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued July 12, 2011
Decided August 4, 2011

*Before*

WILLIAM J. BAUER, *Circuit Judge*

RICHARD D. CUDAHY, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 10-2730

| | |
|---|---|
| EUGENE JOSEPH | Petition for review of an Order of the |
| *Petitioner*, | Board of Immigration Appeals. |
| | |
| *v.* | No. A 74 104 543 |
| | |
| ERIC H. HOLDER, | |
| Attorney General of the United States, | |
| *Respondent*. | |

**O R D E R**

Eugene Joseph, a Nigerian citizen, petitions for review of an order of the Board of Immigration Appeals denying his fourth motion to reopen his removal proceedings. That motion asserted that Joseph had new evidence to support his claim of ineffective assistance of counsel.

We assume familiarity with the facts presented in our previous order. *Joseph v. Holder*, 321 F. App'x 505 (7th Cir. 2009). For our purposes, it is sufficient to note that the petition for review now before us completely fails to address the Board's rejection of Joseph's ineffective-assistance claim. Instead, Joseph challenges the IJ's original denial of his request for a waiver of inadmissibility and the Board's prior decisions on his previous administrative appeals. Joseph's only mention of the Board's latest decision in his current

petition appears in the jurisdictional statement, in which he refers to the decision merely to show that the petition was timely. Because Joseph failed to articulate *any* argument with respect to the Board's latest decision, we conclude that he has forfeited his right to seek judicial review of that decision. *See Haxhiu v. Mukasey*, 519 F.3d 685, 691 (7th Cir. 2008); *Asere v. Gonzales*, 439 F.3d 378, 381 (7th Cir. 2006); *Brucaj v. Ashcroft*, 381 F.3d 602, 611 n.7 (7th Cir. 2004).

The petition for review is **DISMISSED**.